Jose F. ORDILLAS, Claimant–
Appellant,

v.

Robert A. McDONALD, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2014–7012.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2014.

Mary E. Chlebowski, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for claimant-appellant. With her on the brief were Kathleen A. Daley and Ronald L. Smith.

Shari A. Rose, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Claudia Burke, Assistant Director. Of counsel on the brief were Y. Ken Lee, Deputy Assistant General Counsel and Lara K. Eilhardt, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Michael J. Timinski, Deputy General Counsel.

PROST, Chief Judge, DYK and TARANTO, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.